# Third District Court of Appeal
## State of Florida

Opinion filed September 14, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-1134
Lower Tribunal No. F00-25906

————————

**Keith Wromas Jr.,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Alberto Milian, Judge.

Keith Wromas Jr., in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.